UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ANTONIO AGUILAR
ESQUIVEL, MIGUEL ANGEL
FARIS CORNEJO, WENDY
SOLEDAD CHIPREZ, and
EDUARDO HERNANDEZ-
HERNANDEZ,

Defendants.

NOS. CR-06-2121-RHW-3
CR-06-2121-RHW-5
CR-06-2121-RHW-9
CR-06-2121-RHW-10

**ORDER DENYING MOTIONS AS MOOT**

Before the Court are several motions that remain pending in the above-captioned matters despite the fact that they are moot and/or have been previously ruled upon.

Accordingly, **IT IS HEREBY ORDERED:**

Ct. Recs. 569, 613, 622, 627, 629, 731, 734, 839, and 841 are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 28th day of December, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2006\06-2121 (Chiprez)\denymoot2.ord.wpd

**ORDER DENYING MOTIONS AS MOOT** * 1